## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIAN M. WHITAKER, M.D., )<br>    Whitaker Wellness Institute )<br>    4321 Birch Street )<br>    Newport Beach, CA  92623, )<br>                            )<br>        *Plaintiff,* )<br>v.                               )<br>                               )<br>MICHAEL O. LEAVITT, )<br>    in his official capacity as )<br>    Secretary of the Department )<br>    of Health and Human Services, )<br>    200 Independence Avenue, SW )<br>    Washington, DC 20201; )<br>                               )<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, )<br>    200 Independence Avenue, S.W. )<br>    Washington, D.C.  20201; )<br>                               )<br>LESTER M. CRAWFORD, D.V.M., )<br>    in his official capacity as )<br>    Acting Commissioner of )<br>    the U.S. Food and Drug )<br>    Administration, )<br>    5600 Fishers Lane )<br>    Rockville, MD 20857; )<br>                               )<br>UNITED STATES FOOD AND )<br>DRUG ADMINISTRATION, )<br>    5600 Fishers Lane )<br>    Rockville, MD 20857; )<br>                               )<br>    and )<br>                               )<br>THE UNITED STATES OF AMERICA, )<br>                               )<br>        *Defendants.* )<br>_____) | Civil Case No. _____ |

## **COMPLAINT**
## **SEEKING REVIEW OF ADMINISTRATIVE AGENCY ACTION,**
## **DECLARATORY JUDGMENT, AND INJUNCTIVE RELIEF**

## INTRODUCTION

1. Plaintiff Julian M. Whitaker, M.D. files this Complaint against Defendants the Department of Health and Human Services (DHHS), the Food and Drug Administration (FDA), HHS Secretary Michael O. Leavitt, and FDA Acting Commissioner Lester M. Crawford, D.V.M., seeking (1) review of the Defendants' March 2, 2005 action failing to correct all deficiencies in the public health warning on statin drugs and failing to grant the immediate relief requested in Dr. Whitaker's May 24, 2002 Citizen Petition; (2) declaratory judgment; and (3) preliminary and permanent injunctive relief.  The March 2, 2005 FDA action has a direct and immediate adverse impact on the Plaintiff in violation of the Administrative Procedure Act ("APA"), 5 U.S.C. § 706(2)(a).  Plaintiff hereby moves this Honorable Court for issuance of a declaratory judgment and preliminary and permanent injunctive relief to require all statin drugs' labeling to bear a warning informing the public that the statins may deplete the presence of Coenzyme $Q_{10}$ ("$CoQ_{10}$") in the bloodstream, a reduction that can cause rhabdomyolysis, myopathies and, in particular, heart failure and a reduction that can be offset through oral ingestion of $CoQ_{10}$ (as stated in Plaintiff's May 24, 2002 Citizen Petition, Docket No. 2002P-0244 (hereinafter "2002 Petition")).

## JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 for all causes of action because all causes arise under the laws of the United States.

3. This Court may grant relief in this action under 28 U.S.C. § 2201 (declaratory judgment), 28 U.S.C. § 2202 (relief based on declaratory judgment), and 5 U.S.C. § 706(2)(a) (the APA).

4.        This court is the proper venue for this action under 28 U.S.C. § 1391(e).

**PARTIES**

5.        ***Julian M. Whitaker, M.D.***   Julian M. Whitaker, M.D. submitted to FDA a Citizen Petition on May 24, 2002 (hereinafter "2002 Petition") and a Supplement to the Citizen Petition on November 29, 2004 (hereinafter "2004 Supplement"), requesting immediate action by the agency to protect the public health: i.e., to amend the warning statement for all statin drugs to alert the public to the $CoQ_{10}$ effects of those drugs.

6.        Dr. Whitaker is a physician licensed to practice medicine in the states of California and Washington.  He graduated from Dartmouth College in 1966 with a B.S. degree and from Emory University in 1970 with an M.D. degree.  He received additional training in surgery as a resident at the University of California Medical School.  From 1975 to 1976 he worked as a physician at the Pritikin Institute in California.  Since that time he has been the Clinical Director of the Whitaker Wellness Institute in Newport Beach, California.  He is the author of the fourteen books: Reversing Heart Disease (1985), Reversing Diabetes (1987); Reversing Health Risk (1989); Natural Healing (1994); What Your Doctor Won't Tell You About Bypass (1995); Dr. Whitaker's Guide to Natural Healing: America's Wellness Doctor Shares His Secrets for Lifelong Health (1996); Dr. Whitaker's Guide to Cancer Prevention and Treatment (1998); The Pain Relief Breakthrough (1998, 2004); Dr. Whitaker's Guide to Natural Hormone Replacement (1999); Shed 10 Years in 10 Weeks (1999); The Memory Solution: Dr. Julian Whitaker's 10-Step Program to Optimize Your Memory & Brain Function (1999); Reversing Hypertension (2001); Quick & Healthy Recipes for Vibrant Living (2003). Since August of 1991 he has been the editor of *Healthy Healing*, currently the nation's

largest single editor health newsletter. In 1998, *Health & Healing* had over 500,000 subscribers.

7. Dr. Whitaker recommends the use of $CoQ_{10}$ as a dietary supplement and also licenses the use of his name and likeness in connection with the manufacturing and sale of high quality dietary supplements, including ones that contain $CoQ_{10}$. Dr. Whitaker prescribes statin drugs and is informed by scientific publication and study that long-term statin use may induce in some patients liver dysfunction, rhabdomyolysis, and myopathies, including cardiomyopathy and congestive heart failure (CHF), due to the fact that statins block the endogenous biosynthesis of an essential co-factor required for energy production, $CoQ_{10}$. To discharge his duties as a physician who treats patients with cardiovascular disease, Dr. Whitaker must rely on accurate labeling for drugs, including the statins, so that the nature of drug risks are fully, accurately, and continuously disclosed to his present, prospective, and past patients. Those of Dr. Whitaker's patients who use statin drugs remain at risk of liver dysfunction, rhabdomyolysis, and myopathies, including congestive heart failure (CHF) because they are denied full disclosure in drug labeling of the $CoQ_{10}$ depleting effects. Dr. Whitaker needs to be assured that the labeling for the statin drugs his patients take accurately and fully disclose the $CoQ_{10}$ depleting effects to those patients on the prudence of taking $CoQ_{10}$ to replenish the essential energy co-factor. To discharge his duties as a physician and to deliver the standard of care expected of him under state law, Dr. Whitaker must be assured that patients taking statins receive these label warnings before and after they see him for treatment.

8. ***Michael O. Leavitt.*** Defendant Michael O. Leavitt is the Secretary of the

Department of Health and Human Services (DHHS) and is named as a Defendant in his official capacity only.

9.  ***Department of Health and Human Services (DHHS).***  Defendant DHHS is the United States government's principal agency for protecting the health of all Americans and providing essential human services.  The Department of Health and Human Services and the FDA are part of the executive branch of the United States government.

10.  ***Lester M. Crawford, D.V.M.***  Defendant Dr. Lester M. Crawford is the Acting Commissioner of the U.S. Food and Drug Administration and is named as a Defendant in his official capacity only.

11.  ***Food and Drug Administration (FDA).***  Defendant FDA is that administrative agency granted authority by Congress to regulate the interstate manufacture, sale, and distribution of foods, drugs, cosmetics, biologics, medical devices, and dietary supplements in the United States.  It is a part of the Department of Health and Human Services.

## BACKGROUND

12.  The drugs Mevacor (lovastatin), Crestor (rosuvastatin), Lescol (fluvastatin), Pravachol (pravastatin), Zocor (simvastatin), Lipitor (atorvastatin), and Advicor (lovastatin) are classified as hydroxymethylglutaryl coenzyme A (HMG-CoA) reductase inhibitors, better known as statin drugs.  2002 Petition at 1.

13.  Statin drugs work by blocking the cellular production of cholesterol.  That interaction occurs in the mevalonate pathway, where cholesterol is biosynthesized.  2002 Petition at 4.

14. The mevalonate pathway is also responsible for the biosynthesis of coenzyme $Q_{10}$ ("$CoQ_{10}$") (ubiquinone). 2002 Petition at 4. The method by which statin drugs work to block cholesterol also causes them to block the production of $CoQ_{10}$. Id.

15. $CoQ_{10}$ is an enzyme found within the mitochondria of all cells of the body. 2002 Petition at 4. $CoQ_{10}$ supplies energy to cells with particularly high metabolic demands, such as those within the heart muscle. Id.

16. Statins have been shown in well-designed clinical trials to deplete the body's production of $CoQ_{10}$ as they deplete the production of cholesterol. 2002 Petition at 4.

17. Interference with the supply of energy to cells, particularly those with high energy demands, causes cellular and tissue damage.

18. There have been several reported adverse events associated with statins in humans. Reported adverse events include liver dysfunction, general muscle myopathy, skeletal muscle myopathy (rhabdomyolysis), and persistent elevations in serum transaminases. 2002 Petition at 3; Physician's Desk Reference (PDR), pp. 809, 1695, 1778, 1863, and 2187 (52nd ed. 1998), (also available in 57nd ed. 2003 at pp. 1103, 2038, 2129, 2285, and 2612).

19. There is significant scientific evidence that statin-induced $CoQ_{10}$ deficiencies cause detrimental cardiac consequences. 2002 Petition at 4.

20. Statins have become some of the most widely prescribed drugs in the United States, with many millions of patients taking them on a daily basis. 2002 Petition at 5.

21. $CoQ_{10}$ is sold in the United States as a dietary supplement. 2002 Petition at 6.

22. There is significant scientific evidence that ingestion of supplemental $CoQ_{10}$ increases serum levels of $CoQ_{10}$ that have been depleted by statin drugs. See Exhibit A of the 2002 Petition at 9.

23. There is significant scientific evidence that ingestion of $CoQ_{10}$ by a person taking statin drugs who experiences significant $CoQ_{10}$ depletion can reduce the risk of liver dysfunction, impairment of myocardial function, and myopathies (including cardiomyopathy and congestive heart failure) induced by that depletion. See 2002 Petition.

## STATEMENT OF FACTS

24. On May 24, 2002, Dr. Julian M. Whitaker ("Whitaker") petitioned FDA to alter the warning for statin drugs to alert healthcare practitioners and consumers to the fact that those drugs deplete $CoQ_{10}$ levels in the blood, increasing the risk of liver dysfunction and myopathies, including CHF, in many people. 2002 Petition at 1.

25. The 2002 Petition's proposed warning is as follows:

> **Warning:**
> HMG CoA reductase inhibitors block the endogenous biosynthesis of an essential co-factor, coenzyme $Q_{10}$, required for energy production. A deficiency of coenzyme $Q_{10}$ is associated with impairment of myocardial function, with liver dysfunction, and with myopathies (including cardiomyopathy and congestive heart failure). All patients taking HMG CoA reductase inhibitors should therefore be advised to take 100 to 200 mg per day of supplemental coenzyme $Q_{10}$.

26. On May 29, 2002, FDA wrote to Dr. Whitaker acknowledging that the agency received the petition on May 28, 2002.

27. In accordance with 21 C.F.R. § 10.30(e)(2), the FDA Commissioner is

7

legally obligated to respond to each petitioner within 180 days of receipt of a citizen petition.

28.  FDA therefore had until November 21, 2002 to respond to Dr. Whitaker's petition.

29.  On November 14, 2002, FDA wrote to Dr. Whitaker stating that the agency had no reached a decision on the petition, it having given priority to other matters.

30.  Following the November 14, 2002 letter, Dr. Whitaker waited two years for FDA to respond to the 2002 Petition, but the agency did not respond.

31.  On November 18, 2004, Dr. David J. Graham, Associate Director for Science and Medicine in FDA's Office of Drug Safety, testified before Congress concerning the FDA's evaluation of various drugs.  In that testimony, Dr. Graham identified Crestor®, a statin, among five dangerous drugs given market approval by FDA, explaining that Crestor® causes acute renal failure and rhabdomyolysis.  Dr. Graham stated that he thinks "an intense amount of work needs to be done to look to evaluate in a serious fashion the occurrence of renal failure and rhabdomyolysis with [Crestor]."  *FDA, Merck and Vioxx: Putting Patient Safety First: Hearing Before the Senate Finance Committee*, 108th Cong. 30, 40 (2004) (statement of David Graham, Associate Director for Science, Office of Drug Safety, Center for Drug Evaluation and Research).

32.  On November 29, 2004, Dr. Whitaker filed a supplement to the 2002 Petition, including new evidence in support of the citizen petition, and requested that FDA immediately respond to the 2002 Petition.

33. The 2004 Supplement informed FDA that Health Canada (Canada's equivalent of the FDA) had caused to be added to the labeling and product monographs for statins in that country warnings about decreased $CoQ_{10}$ levels. The 2004 Supplement explained that new parameters for recommended use of statin drugs vastly increased the number of recommended statin users, thereby greatly increasing the size of the population at risk of adverse reactions from statin-induced $CoQ_{10}$ depletion. 2004 Supplement at 2.

34. The following warnings regarding decreased levels of CoQ10 now appear on the advertising and product monographs (labeling) of all statin drugs sold in Canada:

> **Effect on Ubiquinone (CoQ10) Levels:** Significant decreases in circulating [coQ10] levels in patients treated with atorvastatin and other statins have been observed. The clinical significance of a potential long-term statin-induced deficiency of [coQ10] has not been established. It has been reported that a decrease in myocardial [coQ10] levels could lead to impaired cardiac function in patients with borderline congestive heart failure. 2004 Supplement at 3.

35. Also on November 29, 2004, Dr. Whitaker sent a letter to FDA Acting Commissioner Lester Crawford informing him that, in light of a potential public health disaster stemming from increased statin use, if the agency failed to act within thirty days Dr. Whitaker would seek legal redress to compel the agency to act on the petition.

36. On December 28, 2004, Gerald F. Masoudi, Acting Chief Counsel of the FDA, contacted counsel for Dr. Whitaker via telephone to inform counsel that FDA would review the 2002 Petition and respond by mid-February 2005. Mr. Masoudi confirmed this mid-February date in a December 29, 2004 e-mail to Dr. Whitaker's counsel.

9

37.     In a February 24, 2005 email, Mr. Masoudi informed Dr. Whitaker's counsel that the agency needed additional time to respond to the 2002 Petition and would respond by March 1, 2005.

38.     On March 1, 2005, Dr. Whitaker's counsel contacted Mr. Masoudi asking for the agency's response. On that same date, Mr. Masoudi sent an e-mail to Dr. Whitaker's counsel stating that the agency would respond on or before March 4, 2005.

39.     On March 2, 2005 FDA issued a public health advisory, a patient information sheet, and a corresponding healthcare professional information sheet explaining what the agency called "the identified risks and benefits of a statin drug, Crestor (Rosuvastatin calcium)." http://www.fda.gov/bbs/topics/news/2005/NEW01159.html. The agency stated, in summary, that the material provided information about the risk of rhabdomyolysis (serious muscle damage) applies not only to patients taking Crestor but also to all other statin drugs.

40.     Although FDA did add a new rhabdomyolysis risk statement to statin drug labeling, it did not change the labeling to give professionals and consumers any notice of the risk of $CoQ_{10}$ depletion or of the utility of $CoQ_{10}$ supplementation to reverse that depletion and avert statin-induced liver dysfunction, rhabdomyolysis, and myopathies (including CHF). FDA thus failed to inform professionals and consumers of a preventable public health risk associated with the statins: $CoQ_{10}$ depletion.

### CLAIMS FOR RELIEF

**Cause of Action I: Defendants' Arbitrary and Capricious Agency Action In Issuing an Inadequate Warning on Statin Drugs Violates the APA 5 U.S.C. § 706(2)(a)**

41.     Plaintiff realleges and restates paragraphs 1 through 40 and incorporates them herein.

42. The March 2, 2005 public health advisory, patient information sheet, and healthcare professional information sheet do not explain: (1) that statin drugs inhibit the body's ability to synthesize $CoQ_{10}$ which in turn limits the supply of energy to cells, particularly those in muscles with high energy demands (such as the heart); (2) that insufficient energy supplies for muscle cells cause damage to those tissues; (3) that the liver and that cardiac muscles in particular are at risk of damage due to lack of adequate energy supplies; and (4) that supplemental $CoQ_{10}$ can reverse loss of the $CoQ_{10}$ induced by statin drugs.

43. The public health advisory, patient information sheet, and healthcare professional information sheet do not explain wither the risk of $CoQ_{10}$ depletion or that supplementation with $CoQ_{10}$ may reverse statin-depleted $CoQ_{10}$.

44. The public health advisory, patient information sheet and healthcare professional information sheet do not state that supplementation with $CoQ_{10}$ may reduce the risk and even eliminate the risk of statin-related liver dysfunction, rhabdomyolysis, and myopathies (including CHF).

45. At the time of its March 2, 2005 announcement Defendants knew of the scientific evidence, including that evidence Dr. Whitaker submitted to the agency in his 2002 Petition, that statins deplete $CoQ_{10}$ and that supplementation with $CoQ_{10}$ may reverse $CoQ_{10}$ depletion and may reduce the risk or even eliminate the risk of rhabdomyolysis, liver dysfunction, and myopathies (including CHF) caused by statin drugs.

46. By not including the available information on $CoQ_{10}$ depletion and its risks and $CoQ_{10}$ replenishment in the public health advisory, the patient information

sheet, and the healthcare professionals information sheet, the Defendants acted arbitrarily and capriciously.

47. Defendants' March 2, 2005 issuance of the public health advisory, the patient information sheet, and the healthcare professional information sheet without including information on how statin drugs cause $CoQ_{10}$ depletion, the underlying causative factor for statin-related risks of liver dysfunction, rhabdomyolysis, and CHF, and that $CoQ_{10}$ depletion can be reduced or reversed through supplementation with $CoQ_{10}$ are arbitrary and capricious acts, are abuses of discretion, and are not in accordance with law in violation of 5 U.S.C. § 706.

**Cause of Action II: Defendants' Arbitrary and Capricious Agency Action In Failing to Grant Plaintiff's 2002 Petition Violates the APA, 5 U.S.C. § 706(2)(a)**

48. Plaintiff realleges and restates paragraphs 1 through 47 and incorporates them herein.

49. The March 2, 2005 FDA action ignores the risk to the public health created by statin drugs' interference with the body's synthesis of $CoQ_{10}$ and the possibility that those risks could be diminished or eliminated by the ingestion of 100 to 200 mg of supplemental $CoQ_{10}$.

50. Defendants' March 2, 2005 action failing to grant Dr. Whitaker's 2002 Petition for a warning on all statin drugs concerning the risks of $CoQ_{10}$ depletion induced by statin drugs is arbitrary, capricious, an abuse of discretion, and not in accordance with law in violation of 5 U.S.C. § 706.

### RELIEF REQUESTED

51. For the foregoing reasons, Dr. Whitaker respectfully requests that this Honorable Court:

a. **<u>Declare</u>** in accordance with 28 U.S.C. § 2201 that Defendants' March 2, 2005 public health advisory, patient information sheet, and healthcare professionals information sheet were arbitrary and capricious agency actions in violation of the APA, 5 U.S.C. § 706(2)(a) for failing to include within the warning for statins a disclosure of the risk those drugs create of $CoQ_{10}$ depletion, of the adverse effects $CoQ_{10}$ depletion can have on the body, and of the fact that supplemental $CoQ_{10}$ may replenish $CoQ_{10}$ depletion induced by statins;

b. **<u>Declare</u>** in accordance with 28 U.S.C. § 2201 that Defendants' March 2, 2005 failure to grant of Dr. Whitaker's 2002 Petition was arbitrary and capricious agency action in violation of the APA, 5 U.S.C. § 706(2)(a);

c. **<u>Compel</u>** the Defendants to require all statin drug labels to warn practitioners and consumers (1) that statins may deplete $CoQ_{10}$ and may thereby induce liver dysfunction, rhabdomyolysis, and myopathies (including CHF) and (2) that supplemental $CoQ_{10}$ may replenish $CoQ_{10}$ levels depleted by the statins;

d. **<u>Award</u>** plaintiff attorney's fees and costs;

e. **<u>Grant</u>** such other and further relief as may be proper.

                Respectfully submitted,

                JULIAN M. WHITAKER, M.D.

                By_____
                    Jonathan W. Emord,  D.C. Bar No. 407414
                    Andrea G. Ferrenz,  D.C. Bar No. 460512
                    His Counsel

Emord & Associates, P.C.
1800 Alexander Bell Dr.
Suite 200
Reston, VA  20191

P: (202) 466-6937
F: (202) 466-6938
e-mail: jemord@emord.com

Dated: March 4, 2005